IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:17CR094 |
| v. | : | JUDGE THOMAS M. ROSE |
| ZACHERY VAN METER<br>a/k/a Zachery Vanmeter | : | ORDER UNSEALING<br>INDICTMENT (R.11) FORWARD |
| | : | |

Upon motion of the United States, and for the reason that the above captioned defendant is in custody, the Indictment (R.11) forward in the above captioned case is hereby ordered unsealed.

DATE: 6-22-17

JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 JUN 22 PM 1:55
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON