**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:17CR094 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| ZACHERY VAN METER, | : | |
| Defendant. | : | |

## ORDER FOR DESTRUCTION OF EVIDENCE

Good cause having been shown, it is hereby **ORDERED** that the Motion For Destruction of Evidence filed on April 5, 2019 (Doc. #28) is granted, and the ZTE cellular telephone, Model Z432, Serial No. 9B04226122F7 shall be destroyed.

SO ORDERED:

April 8, 2019                                       *s/Thomas M. Rose
                                                    _____
                                                    THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE